GEORGE PRIDAY, Appellant, *v.* ROCKAWAY OPERATING Co., INC., et al., Respondents.

Submitted May 17, 1943; decided May 27, 1943.

*Henry D. Sforza* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appeal is perfected and appellant pays ten dollars costs within ten days, in which event the motion is denied.